UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BELINDA M. CARDENAS-LANHAM,
DAVID LANHAM,

        Plaintiffs,

-vs-                                   Case No. 6:09-cv-1115-Orl-19DAB

UNITED STATES OF AMERICA,
PV HOLDING CORP., d/b/a Avis Budget Car
Rental, LLC,

        Defendants.

## ORDER

This case comes before the Court on the following:

1. Motion to Dismiss and to Substitute the United States as Defendant by the United States of America, (Doc. No. 6, filed July 2, 2009); and

2. Response to Motion to Dismiss and to Substitute as Defendant by Plaintiffs Belinda M. Cardenas-Lanham and David Lanham, (Doc. No. 11, filed July 13, 2009).

Plaintiffs Belinda M. Cardenas-Lanham and David Lanham brought this action against Ralph Richard Arnold, the National Aeronautics and Space Administration ("NASA"), and PV Holding Corp., d/b/a Avis Budget Car Rental, LLC ("Avis"), asserting claims of negligence and loss of consortium. (Doc. No. 2, filed June 29, 2009.) Plaintiffs allege that Mr. Arnold negligently drove a motor vehicle, causing it to collide with the vehicle driven by Mrs. Cardenas-Lanham. (*Id.* at 2.) According to Plaintiffs, Mr. Arnold was acting within the scope of his employment with NASA at the time of the collision and was driving a vehicle rented from Avis. (*Id.* at 2, 4.)

In response, the United States moved to dismiss the Complaint, arguing that the Federal Tort Claims Act ("FTCA") provided the exclusive remedy for Plaintiffs' claims. (Doc. No. 6 at 3.) The United States also contended that it should be substituted as the proper party defendant for the claims against Mr. Arnold and NASA. (*Id.* at 3-4.)

Initially, Plaintiffs filed a Response in opposition to the Motion of the United States, commenting that the Assistant United States Attorney had failed to meet the requirements of Local Rule 3.01(g). (Doc. No. 11 at 1.) Since that time, however, Plaintiffs have filed an Amended Complaint, substituting the United States of America as a party defendant in place of Mr. Arnold and NASA. (Doc. No. 17 at 1, filed July 22, 2009.) In addition, Plaintiffs appear to bring their claims against the United States under the FTCA. (*Id.* at 2.)

Both of the remaining defendants, the United States and Avis, have filed Answers to the Amended Complaint. (Doc. No. 19, filed July 24, 2009; Doc. No. 21, filed July 28, 2009.) As this Court has previously recognized, when a plaintiff responds to a motion to dismiss by filing an amended complaint, and the defendant answers that amended complaint, any previously-filed motion to dismiss the original complaint is rendered moot. *Wright v. Olphie*, No. 6:08-cv-407-Orl-19GJK (Doc. No. 27 at 1-2, filed Oct. 3, 2008) (citing cases). Therefore, the Court denies the July 2, 2009 Motion to Dismiss as moot.

## Conclusion

Based on the foregoing, the Motion to Dismiss and to Substitute the United States as Defendant by the United States of America, (Doc. No. 6, filed July 2, 2009) is **DENIED AS MOOT**. This case shall proceed on the Amended Complaint, filed on July 22, 2009. (Doc. No. 17.)

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August 10, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Party